**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-7591

STEVEN LESTER,

Petitioner - Appellant,

versus

STATE OF SOUTH CAROLINA; ATTORNEY GENERAL OF
SOUTH CAROLINA,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  R. Bryan Harwell, District Judge.
(CA-03-15-4-27)

Submitted: January 28, 2005       Decided: February 23, 2005

Before LUTTIG, MICHAEL, and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Steven Lester, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven Lester seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). The district court dismissed the motion without prejudice for failure to exhaust state court remedies. This order is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000). A prisoner satisfies this standard by demonstrating that reasonable jurists would find that the district court's assessment of his constitutional claims is debatable and that any dispositive procedural rulings by the district court are also debatable or wrong. See Miller-El v. Cockrell, 537 U.S. 322, 336 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683 (4th Cir. 2001).

The record demonstrates that the district court lacked jurisdiction to consider the motion as Lester failed to obtain prefiling authorization from this court to file it.* Lester's

_____

* Another district judge had dismissed Lester's earlier § 2254 petition as barred by the statute of limitations, and this court denied a certificate of appealability and dismissed the appeal. Lester v. South Carolina, No. 02-7382, 2003 WL 257518 (4th Cir. Feb. 7, 2003) (unpublished). The district judge's order in that case expressly stated that the petition was denied with prejudice, but the judgment stated that dismissal was without prejudice. In

- 2 -

failure to obtain prefiling authorization to file the § 2254 petition in the first instance precludes granting a certificate of appealability.

Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

light of the reasoning underlying the district court's dismissal, we conclude that the earlier action was dismissed with prejudice.